obtain the expression of such an opinion in advance of judgment. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur. [2 Misc 2d 215.]

UNIPAK CORP., Appellant, v. GERALD L. SMITH, Respondent.— In an action to recover damages for conversion, the appeal is from an order denying a motion under rule 109 of the Rules of Civil Practice to strike out as insufficient in law the first and second affirmative defenses in the answer. Order modified by striking from the ordering paragraph the word "denied" and by adding thereto a provision that the motion is granted as to the second defense and denied as to the first defense. As so modified, order affirmed, without costs. Both defenses are pleaded as complete defenses. Giving to the pleader the benefit of every favorable inference, the first defense may be deemed sufficient. As to the second defense, however, even if such favorable inferences be drawn, it is still insufficient. The facts pleaded therein neither entitle respondent to hold the property as against the appellant nor justify respondent's resistance to appellant's demand for the property. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

## (January 14, 1957)

GIUSEPPE ALIOTTA, Respondent, v. CARMELO SAMPERISI et al., Appellants.— Motion referred to the court that rendered the decision. Present— Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 2 A D 2d 901.]

GIUSEPPE ALIOTTA, Respondent, v. CARMELO SAMPERISI et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present— Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 2 A D 2d 901.]

JOHN GIORDANO, Appellant, v. RELIABLE VAN & STORAGE COMPANY, INC., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of LONG ISLAND LACQUER CO., INC., Assignor, to NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., Respondent; CITY OF NEW YORK, Appellant.— Motion to dismiss appeal from an order dated March 20, 1956 denying a motion designated as a motion for reargument denied, without costs. The motion, although misnamed by appellant as one for "reargument", was in fact an application for leave to renew upon additional papers. The order is appealable. (Matter of Rand, 273 App. Div. 859; see Matter of Long Island Lacquer Co. [New York Credit Men's Adjustment Bureau], post, p. 669.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See post, p. 721.]

EDWARD M. O. PRATT, Respondent, v. EUGENE R. HURLEY et al., Individually and as Copartners in the Practice of Law, under the Name of EUGENE R. HURLEY, Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 2 A D 2d 983.]

KONRAD GRIES, Respondent, v. CENTRAL VERMONT RAILWAY, INC., Appellant.— Action by a resident of this State to recover damages for personal injuries sustained when defendant, a Vermont corporation, allegedly started a train without warning while plaintiff, a passenger, was boarding it at Waterbury, Vermont. The appeals are from (1) an order dated June 1, 1956 denying